IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-833-FDW-DCK

| OMER YOUSAF, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| UR M. JADDOU, Director of United States Citizenship and Immigration Services, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion For Stay" (Document No. 5) filed October 9, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

By the instant motion, Defendant requests that this matter be stayed pending resolution of Plaintiff's asylum interview. (Document No. 5). Plaintiff's asylum interview is currently scheduled for October 21, 2024. Id. Defendant requests a stay of one hundred twenty (120) days from Plaintiff's currently scheduled asylum interview date "to consider Plaintiff's application and ultimately determine how to proceed in this case." Id.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion For Stay" (Document No. 5) is **GRANTED**. This matter is **STAYED** through **February 18, 2025**. The parties shall file a Stipulation of Dismissal or a Joint Status Report by **February 21, 2025**.

**SO ORDERED**.   Signed: October 10, 2024

David C. Keesler
United States Magistrate Judge